IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY N. GUASTAFERRO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-3879 |
| | : | |
| v. | : | |
| | : | |
| FAMILY DOLLAR; HOWARD LEVINE, CEO of Family Dollar Corp.; and TOM BOGLE, COO of Family Dollar Corp., | : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 17th day of October, 2023, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 1) and complaint (Doc. No. 2) filed by the *pro se* plaintiff, Jimmy N. Guastaferro; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED**. The plaintiff has leave to proceed *in forma pauperis* in this case;

2. The complaint (Doc. No. 2) is **DEEMED** filed;

3. The complaint (Doc. No. 2) is **DISMISSED** as follows:

    a. Any federal claims in the complaint are **DISMISSED WITH PREJUDICE**; and

    b. Any state-law claims in the complaint are **DISMISSED WITHOUT PREJUDICE**; and

4. The clerk of court shall **MARK** this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.